IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **TRAXCELL TECHNOLOGIES, LLC,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Case No. 6:21-cv-00023-ADA |
| **GOOGLE LLC,** | § § § | |
| *Defendant*. | § § | |

**DECLARATION OF KATHLEEN M. MCCARTE IN SUPPORT OF DEFENDANTS'
MOTION TO TRANSFER PURSUANT TO § 1404(a)**

I, Kathleen M. McCarte, am an associate at the law firm Arnold & Porter Kaye Scholer LLP, counsel of record for Google LLC ("Google"). I make this declaration in support of Google's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). I state that the following is true and correct to the best of my knowledge and belief:

1. Attached hereto as Exhibit 1 is a true and correct copy of Stephen Michael Palik's LinkedIn profile, last accessed September 8, 2021.

2. Attached hereto as Exhibit 2 is a true and correct copy of Mark Jefferson Reed's LinkedIn profile, last accessed September 8, 2021.

3. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent No. 6,882,313.

4. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 6,515,595.

5. Attached hereto as Exhibit 5 is a true and correct copy of Rodric Fan's LinkedIn profile, last accessed September 8, 2021.

6. Attached hereto as Exhibit 6 is a true and correct copy of the Docket Navigator statistics comparing patent cases filed in the Western District of Texas and Northern District of California over the last five years, last updated September 20, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2021

/s/ *Kathleen M. McCarte*
Kathleen M. McCarte