# EXHIBIT 6

## Patent Litigation Experience

### Rank by Number of Patent Cases
This chart shows the rank of the selected courts or judges among all other courts or judges determined by number of Patent Cases.

| NDCA | WDTX |
|------|------|
| #6 | #4 |

### Rank by Number of Patent Accusations
This chart shows the rank of the selected courts or judges among all other courts or judges determined by number of Patent Accusations.

| NDCA | WDTX |
|------|------|
| #9 | #7 |

### Patent Cases by Year
This chart shows the number of Patent Cases filed in the selected courts or assigned to the selected judges by year.

**Type of Measure**
- ● Patent Cases
- ○ Patent Accusations
- ○ Claim Constructions

**Current Year Display**
- ● Show YTD
- ○ Estimate Current Year
- ○ Hide Current Year

NDCA: 2016: 179, 2017: 206, 2018: 326, 2019: 291, 2020: 237, 2021: 110
WDTX: 2016: 35, 2017: 85, 2018: 91, 2019: 233, 2020: 854, 2021: 690

### Trials
This chart shows the number of Patent Cases in the selected courts or assigned to the selected judges that have documents indicating a bench or jury trial, such as jury instructions, verdicts, or FRCP 52 Findings of Fact and Conclusions of Law. For PTAB Proceedings, this chart shows the number of Final Written Decisions in an APJ's cases.

- NDCA: 5 Cases
- WDTX: 7 Cases

### Mature Cases
This chart shows the number of Patent Cases before the selected courts or judges that progressed to the point that the court issued at least one decision addressing the merits of the case, such as claim construction, summary judgment, a determination as to patent infringement, validity, or enforceability, trial, or award of a remedy. For PTAB Proceedings, this c..

- NDCA: 230 Cases
- WDTX: 172 Cases

**Filing Date**
2016 to 2021
and Null values

**ANDA Cases**
- ☑ ANDA Cases
- ☑ Non-ANDA Cases

**Patent Technology Center**
- ☑ 1600 Biotechnology and Organi..
- ☑ 1700 Chemical and Materials E..
- ☑ 2400 Networking, Multiplexing, ..
- ☑ 2800 Semiconductors/Memory, ..
- ☑ 2900 Design
- ☑ 3600 Transportation, Constructi..
- ☑ 3700 Mechanical Engineering, ..
- ☑ Computers, Communication, an..
- ☑ Unclassified/Unknown

DocketNavigator