UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TRAXCELL TECHNOLOGIES, LLC.,  )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>GOOGLE LLC    )<br>    Defendant.    ) | Civil Action No. 6:21-cv-00023-ADA<br><br>Jury Trial Demanded |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS CERTAIN CLAIMS OF INFRINGEMENT**

Plaintiff respectfully files this Unopposed Motion to Dismiss Certain Claims of Infringement from this lawsuit, without prejudice. Specifically, Plaintiff is withdrawing its claims of infringement against Google LLC ("Defendant") for U.S. Pat. No. 9,549,388 ("Dismissed Patent"), without prejudice to refiling. Plaintiff has evaluated its case after the Federal Circuit decisions in an earlier wave of litigation[1] and is trying to remove issues in the present case.

**CONCLUSION**

For all the above reasons, Traxcell respectfully requests the Court dismiss without prejudice Plaintiff's claims of infringement for U.S. Pat. No. 9,549,388 against Defendant.

Respectfully submitted,

**Ramey & Schwaller, LLP**

By: /s/ William P. Ramey, III
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006

---

[1] *Traxcell Techs., LLC v. Sprint Communs. Co. LP*, Nos. 2020-1852, 2020-1854, 2021 U.S. App. LEXIS 30422 (Fed. Cir. Oct. 12, 2021) and *Traxcell Techs., LLC v. Nokia Sols. & Networks Oy*, Nos. 2020-1440, 2020-1443, 2021 U.S. App. LEXIS 30421 (Fed. Cir. Oct. 12, 2021).

(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

**Attorneys for Traxcell Technologies, LLC**

### CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for defendants on October 21, 2021, via e-mail, and they are unopposed.

/s/ William P. Ramey, III
William P. Ramey, III

### CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served today, October 21, 2021, with a copy of the foregoing via the Court's CM/ECF system.

/s/ William P. Ramey, III
William P. Ramey, III